# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT
## 4:18-CV-4069

No. 19-20408

---

SEAN WARAICH,

    Plaintiff - Appellant

v.

NATIONAL AUSTRALIA BANK LIMITED; INTERNATIONAL CAPITAL MARKETS PROPRIETARY LIMITED,

    Defendants - Appellees

United States Courts
Southern District of Texas
FILED
*July 22, 2019*
David J. Bradley, Clerk of Court

---

Appeal from the United States District Court
for the Southern District of Texas

---

Before DAVIS, OWEN, and OLDHAM, Circuit Judges.

PER CURIAM:

This court must examine the basis of its jurisdiction on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this case, the plaintiff filed a notice of appeal from the district court's order denying his motion for default judgment. "Federal appellate courts have jurisdiction over appeals only from (1) a final decision under 28 U.S.C. § 1291; (2) a decision that is deemed final due to jurisprudential exception or that has been properly certified as final pursuant to Fed. R. Civ. P. 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or

that have been properly certified for appeal by the district court, 28 U.S.C. § 1292(b)." *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809–10 (5th Cir. 1993).

Waraich filed a notice of appeal from the district court's order denying his motion for default judgment. But that order does not fit any of the categories listed above. *See Adult Film Ass'n of Am. v. Thetford*, 776 F.2d 113, 115 (5th Cir. 1985) (per curiam). Accordingly, the appeal is DISMISSED for want of jurisdiction.



**A True Copy**
**Certified order issued Jul 22, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 22, 2019

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 19-20408   Sean Waraich v. National Australia Bank Ltd., et al  
                        USDC No. 4:18-CV-4069

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Dawn M. Shulin, Deputy Clerk  
                                      504-310-7658

cc w/encl:  
    Ms. Kathleen S. McArthur  
    Mr. Sean Waraich